IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LANCE MARIO KENNEDY,**

    Plaintiff,

v.                                      Case No.: 3:11cv561/MCR/EMT

**SANTA ROSA CORRECTIONAL INSTITUTION,**

    Defendant.

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 16, 2012 (doc. 26). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's Motion to Dismiss Civil Lawsuit (doc. 23) is **GRANTED** and this case is **DISMISSED without prejudice**.

**DONE AND ORDERED** this 23rd day of June, 2012.

                                              s/ *M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**